# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

January 25, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Melvin Jackson
Deputy Court Clerk
United States Post Office and Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: WICKS, Maurice
  Dkt.: 03-00035-001
  **NOTIFICATION OF NON-COMPLIANCE AND**
  **REQUEST FOR JUDICIAL ASSIGNMENT**

Dear Mr. Jackson:

The above-captioned offender was sentenced by The Honorable William G. Bassler on February 9, 2004, to 57 months imprisonment, followed by 36 months supervised release after pleading guilty to conspiring to distribute controlled substances. As special conditions, the Court ordered drug testing/treatment and DNA testing.

As indicated in the attached Probation Form #12A, the offender has tested positive, on several occasions, for phencyclidine (PCP). At this time, we are not requesting any Court action. However, based on Judge Bassler's retirement, we respectfully request a new judge be assigned to this case to review this non-compliance report and handle any potential future court action.

Please advise the undersigned officer of the new judicial assignment. If there are any questions or concerns, please contact the undersigned officer at (973) 645-4701. Thank you very much for your time and consideration.

Very Truly Yours,

Cayetano R. Castellano
U.S. Probation Officer

CRC/crc

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Lester Rosado                              Cr.: 06-00265-001

Name of Sentencing Judicial Officer: Anne E. Thompson

Date of Original Sentence: 10/20/06

Original Offense: Importation of Heroin

Original Sentence: Imprisonment 24 months; Special Conditions: drug testing and treatment, DNA testing, financial disclosure, refrain from gambling; Fine $2,000

Type of Supervision: Supervised Release                      Date Supervision Commenced: 08/29/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant tested positive for cocaine on November 14, and November 26, 2007. |

U.S. Probation Officer Action:

The probation office requests that no action be taken at this time. Because he has been otherwise compliant, we will refer the offender to outpatient treatment and continue with random drug testing. If his drug use continues or if he fails to comply with treatment, we will notify the Court immediately so that appropriate action could be taken.

Respectfully submitted,

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 01/18/08

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

2/6/08
Date